Per Curiam.
This case is before us on motions for rehearing filed by the appellant, D S Avionics Unlimited LLC, and the appellee, U.S. Specialty Insurance Company, concerning our opinion in U.S. Specialty Ins. Co. v. D S Avionics .[1] We overrule the motions, but we modify the opinion as follows:
In the "Declaratory Judgment Was Premature" subsection, we strike the third sentence of the first paragraph, including footnote 14.[2] Also in the same subsection, after the fourth sentence of the second paragraph,[3] we insert the following sentence: " 'This rule embraces not only cases where the identical issues between the same parties are sub judice , but also possibly cases in which the issues only are identical but not the parties.' "[4]
The remainder of the opinion shall remain unmodified.
FORMER OPINION MODIFIED.
MOTIONS FOR REHEARING OVERRULED.

U.S. Specialty Ins. Co. v. D S Avionics , 301 Neb. 388, 918 N.W.2d 589 (2018).

Id . at 398, 918 N.W.2d at 596.

Id . at 399, 918 N.W.2d at 596.

Strawn v. County of Sarpy , 146 Neb. 783, 788, 21 N.W.2d 597, 600 (1946).